

FILED
9/23/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Zafar Sheikh | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| Bushra Naseer, Congress & Pulaski Real Estate LLC, MDDS Real Estate Inc., Syed Brokerage & Capital Co., Bank of Hope, Successor in Interest to Wilshire Bank, Lewis Avenue Food Market, Inc. Sandal Inc., Byline Bank, Indus USA Inc., Small Business Administration (SBA) Of the USA, Non-Record Claimants & Un-Known Owners. | ) ) ) ) ) ) ) ) ) | 24 – CV - 7041<br><br>Hon. Judge Robert Blakey<br><br>Magistrate Judge Beth Jantz |
| Defendants | ) | |

### NOTICE TO DEFENDANTS TO ANSWER OR PLEAD OR BE SUBJECT TO DEFAULT

NOW COMES THE PLAINTIFF Zafar Sheikh and put the defendants identified herein below and put them on Notice that the Plaintiff intends to seek a default against them. In support whereof the Plaintiff states as under:

1- Plaintiff Sheikh filed this Complaint in the Northern District of Illinois in Chicago on 8/9/2024.

2- Clerk of the District Court was asked who issued summons to be served on the defendants few days later.

3- The defendants were served on various dates as indicated below in the certificates of summons:

A: Defendant Bushra Naseer was served on 8/21/2024. (Exhibit A)

    B:  Defendant Syed Brokerage & Capital Co. was served on 8/23/2024. (Exhibit B).

    C:  MDDS Real Estate Inc. was served on 8/23/2024. (Exhibit C).

    D:  Bank of Hope was served on 8/22/2024. Exhibit D).

    E:  Lewis Avenue Food Market Inc., was served on 8/23/2024. (Exhibit E).

    F:  Sandal Inc. was served on 8/21/2024. (Exhibit F).

    G:  Byline Bank was served on 8/23/2024. (Exhibit G).

    H:  Indus USA Inc., was served on 8/23/2024. (Exhibit H).

    I: Congress & Pulaski Real Estate LLC was served on 8/23/2024. (Exhibit I).

4- Over a month has passed since the service of Summons and Complaint on these defendants, and none of them as of today have either filed their appearances, filed an answer or otherwise plead in any manner or form to the Plaintiff's complaint.

5- Attorneys of the Bank of Hope emailed the Plaintiff in which they asked the Plaintiff to withdraw their name, as they claimed that their liens on the gas station property located at 415 S. Pulaski Avenue in Chicago are superior to the Plaintiff's liens. Plaintiff disagrees with their contention, and has not opted to withdraw their name or dismissed them from this foreclosure action.

6- Attorneys of the Byline Bank approached the Plaintiff and asked if the Plaintiff had any objection to extending the time in which the Bank could either file their answer or plead, and the Plaintiff notified them that he had no objection but the final determination to extend any time would depend on the Court's inclinations.

7- Neither of the Banks as noted above have yet to file an answer of have sought for an extension of time to respond to the Complaint.

8- Plaintiff puts the other defendants on Notice to answer within the next seven days or risk being defaulted by the Court on Plaintiff's motion which will be filed in due course.

/ S / Zafar Sheikh
Zafar Sheikh/Plaintiff
4619 Herzog Street
Austin. TX. 78723.
(847) 414 – 9670
Zafarsheikh313@aol.com