




**FILED**
10/4/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

## UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF ILLINOIS
## <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| Zafar Sheikh | ) | |
| Plaintiff | ) | |
| *vs.* | ) | |
| Bushra Naseer, Congress & Pulaski Real Estate | ) | |
| LLC, MDDS Real Estate Inc., Syed Brokerage | ) | |
| & Capital Co., Bank of Hope, Successor in | ) | 24 – CV - 7041 |
| Interest to Wilshire Bank, Lewis Avenue Food | ) | |
| Market, Inc. Sandal Inc., Byline Bank, Indus | ) | Hon. Judge Robert Blakey |
| USA Inc., Small Business Administration | ) | |
| (SBA) Of the USA, Non-Record Claimants | ) | Magistrate Judge Beth Jantz |
| & Un-Known Owners. | ) | |
| Defendants | ) | |

# <u>EXHIBITS</u>

# NOTICE TO DEFENDANTS TO ANSWER
# OR OTHERWISE PLEAD OR
# BE DEFAULTED

# EXHIBIT A

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |
| ASSIGNED JUDGE: | Robert Blakey |
| DESIGNATED MAGISTRATE JUDGE: | Beth Jantz |

V.

Bushra Naseer et al.,

TO: (Name and address of Defendant)

Bushra Naseer
3673 W. Northwest Avenue
Lincolnwood. Illinois. 60712.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 14, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/21/2014 |
|---|---|
| NAME OF SERVER *(PRINT)* Raz Mohammed | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Nazeer Chaudry**

☑ Returned unexecuted: **3673 W. North Shore Avenue, Lincolnwood. IL. 60712.**

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $60.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **8/21/2014**                    *Signature of Server*
                    Date

**6211 N. Mozart, Chicago. IL. 60659.**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT  B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |
| ASSIGNED JUDGE: | Robert Blakey |
| DESIGNATED MAGISTRATE JUDGE: | Beth Jantz |

V.

Bushra Naseer et al.,

TO: (Name and address of Defendant)

Syed Brokerage & Capital Co.,
LYSINSKI AND ASSOCIATES, P C (Registered Agents).
4418 N MILWAUKEE AVE
CHICAGO ,IL 60630-3710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you,              21              days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 14, 2024

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/23/2024 |
| NAME OF SERVER *(PRINT)*<br>Raz Mohammed | TITLE<br>Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  **LYSINSKI AND ASSOCIATES, P C (Registered Agents).**

**4418 N. Milwaukee Avenue, Chicago. IL. 60630.**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$60.00 | TOTAL<br>$60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/23/2024                     _____
  _____                     *Signature of Server*
    Date

  **6211 N. Mozart Avenue, Chicago. IL. 60659.**
  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT C

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |
| ASSIGNED JUDGE: | Robert Blakey |

V.

Bushra Naseer et al.,

DESIGNATED
MAGISTRATE JUDGE: Beth Jantz

TO: (Name and address of Defendant)

MDDS Real Estate Inc.,
Yakub Chaus (Registered Agent).
2707 West Peterson Avenue
Chicago. IL. 60659.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 14, 2024

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/23/2024 |
|---|---|
| NAME OF SERVER *(PRINT)* Raz Mohammed | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  **Yakub Chaus as Registered Agents for MDDS Real Estate Inc.,** **2707 West Peterson Avenue, Chicago. IL. 60659.**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $60.00 | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/23/2024                    *Raz Mn.*
_____          _____
Date                              *Signature of Server*

**6211 N. Mozart Avenue, Chicago. IL. 60659.**
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT D

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |
| ASSIGNED JUDGE: | Robert Blakey |
| DESIGNATED MAGISTRATE JUDGE: | Beth Jantz |

V.

Bushra Naseer et al.,

TO: (Name and address of Defendant)

Lewis Avenue Food Market Inc.,
Yakub Chaus (Registered Agent).
2707 West Peterson Avenue
Chicago. IL. 60659.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 14, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/23/2024 |
|---|---|
| NAME OF SERVER *(PRINT)* Raz Mohammed | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Yakub Chaus as Registered Agent for Lewis Avenue Food Market Inc., 2707 W. Peterson Avenue, Chicago. IL. 60659.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $60.00 | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/23/2024___  ___[signature]___
Date      Signature of Server

6211 N. Mozart Avenue, Chicago. IL. 60659.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT E

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |

V.

Bushra Naseer et al.,

ASSIGNED JUDGE: Robert Blakey

DESIGNATED
MAGISTRATE JUDGE: Beth Jantz

TO: (Name and address of Defendant)

Sandal Inc.,
Bushra Naseer (Registered Agent).
3673 W. Northwest Avenue
Lincolnwood. Illinois. 60712.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 14, 2024

DATE

# EXHIBIT  F

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| CASE NUMBER: | 1:24-CV-07041 |

V.

ASSIGNED JUDGE: Robert Blakey

Bushra Naseer et al.,

DESIGNATED
MAGISTRATE JUDGE: Beth Jantz

TO: (Name and address of Defendant)

Indus USA Inc.,
Yakub Chaus (Registered Agent).
2707 West Peterson Avenue
Chicago. IL. 60659.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 15, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>8/23/2024 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Raz Mohammed | TITLE<br>Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): **Yakub Chaus as Registered Agent for Indus USA Inc., 2707 West Peterson Avenue, Chicago. IL. 60659.**

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$60.00 | TOTAL<br>$60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/23/2024___          *Signature of Server*
                Date

**6211 N. Mozart Avenue, Chicago. IL. 60659.**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT  G

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

|  |  |
|---|---|
| | CASE NUMBER: 1:24-CV-07041 |
| V. | ASSIGNED JUDGE: Robert Blakey |
| Bushra Naseer et al., | DESIGNATED MAGISTRATE JUDGE: Beth Jantz |

TO: (Name and address of Defendant)

Congress & Pulaski Real Estate, LLC
Junaid Ahmed (Registered Agent)
300 N. Martingale Road, # 750
Schaumburg. IL. 60173.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street,
Austin. Texas. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 14, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/23/2024 |
|---|---|
| NAME OF SERVER *(PRINT)* Raz Mohammed | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): **Registered Agent Junaid Ahmad, 300 North Martingale Avenue Suite 750, Schaumubrg. IL. 60173**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $60.00 | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **8/23/2024**
            Date

*Signature of Server*

**6211 N. Mozart Avenue, Chicago. IL. 60659.**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT H

**BC**

**FILED** BI

9/23/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Zafar Sheikh | ) | |
| Plaintiff | ) | |
| *vs.* | ) | |
| Bushra Naseer, Congress & Pulaski Real Estate | ) | |
| LLC, MDDS Real Estate Inc., Syed Brokerage | ) | |
| & Capital Co., Bank of Hope, Successor in | ) | 24 – CV - 7041 |
| Interest to Wilshire Bank, Lewis Avenue Food | ) | |
| Market, Inc. Sandal Inc., Byline Bank, Indus | ) | Hon. Judge Robert Blakey |
| USA Inc., Small Business Administration | ) | |
| (SBA) Of the USA, Non-Record Claimants | ) | Magistrate Judge Beth Jantz |
| & Un-Known Owners. | ) | |
| Defendants | ) | |

## NOTICE TO DEFENDANTS TO ANSWER OR PLEAD
## OR BE SUBJECT TO DEFAULT

NOW COMES THE PLAINTIFF Zafar Sheikh and put the defendants identified

herein below and put them on Notice that the Plaintiff intends to seek a default against

them. In support whereof the Plaintiff states as under:

1- Plaintiff Sheikh filed this Complaint in the Northern District of Illinois in Chicago on
   8/9/2024.

2- Clerk of the District Court was asked who issued summons to be served on the
   defendants few days later.

3- The defendants were served on various dates as indicated below in the certificates of
   summons:

   A: Defendant Bushra Naseer was served on 8/21/2024. (Exhibit A)

B:  Defendant Syed Brokerage & Capital Co. was served on 8/23/2024. (Exhibit B).

C:  MDDS Real Estate Inc. was served on 8/23/2024. (Exhibit C).

D:  Bank of Hope was served on 8/22/2024. Exhibit D).

E:  Lewis Avenue Food Market Inc., was served on 8/23/2024. (Exhibit E).

F:  Sandal Inc. was served on 8/21/2024. (Exhibit F).

G:  Byline Bank was served on 8/23/2024. (Exhibit G).

H:  Indus USA Inc., was served on 8/23/2024. (Exhibit H).

I:  Congress & Pulaski Real Estate LLC was served on 8/23/2024. (Exhibit I).

4-  Over a month has passed since the service of Summons and Complaint on these defendants, and none of them as of today have either filed their appearances, filed an answer or otherwise plead in any manner or form to the Plaintiff's complaint.

5-  Attorneys of the Bank of Hope emailed the Plaintiff in which they asked the Plaintiff to withdraw their name, as they claimed that their liens on the gas station property located at 415 S. Pulaski Avenue in Chicago are superior to the Plaintiff's liens. Plaintiff disagrees with their contention, and has not opted to withdraw their name or dismissed them from this foreclosure action.

6-  Attorneys of the Byline Bank approached the Plaintiff and asked if the Plaintiff had any objection to extending the time in which the Bank could either file their answer or plead, and the Plaintiff notified them that he had no objection but the final determination to extend any time would depend on the Court's inclinations.

7-  Neither of the Banks as noted above have yet to file an answer of have sought for an extension of time to respond to the Complaint.

8- Plaintiff puts the other defendants on Notice to answer within the next seven days or risk being defaulted by the Court on Plaintiff's motion which will be filed in due course.


/ S / Zafar Sheikh
Zafar Sheikh/Plaintiff
4619 Herzog Street
Austin. TX. 78723.
(847) 414 – 9670
Zafarsheikh313@aol.com