# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ZAFAR SHEIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUSHRA NASEER; CONGRESS & | ) | |
| PULASKI REAL ESTATE, LCC; MDDS | ) | No. 24 C 7041 |
| REAL ESTATE INC.; SYED BROKERAGE | ) | |
| & CAPITAL CO.; BANK OF HOPE; | ) | Judge Blakey |
| LEWIS AVENUE FOOD MARKET INC.; | ) | |
| SANDAL INC.; BYLINE BANK; INDUS | ) | |
| USA INC.; SMALL BUSINESS | ) | |
| ADMINISTRATION; and NON-RECORD | ) | |
| CLAIMS AND UNKNOWN OWNERS, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ERIC BENDERSON

1. I, Eric Benderson, am the Associate General Counsel for Litigation in the Office of General Counsel at the U.S. Small Business Administration (the "SBA"). As the Associate General Counsel for Litigation, I am responsible for directly managing and supervising all litigation involving the Administrator, SBA, and its officials acting in their official capacities relating to SBA's loan programs, government contracting programs, FOIA, and the Privacy Act, and other diverse areas of law. I am familiar with the records of administrative tort claims maintained by the SBA.

2. Pursuant to the SBA's regulations concerning administrative claims under the Federal Tort Claims Act, 13 C.F.R. § 114.100, *et seq.*, an administrative tort claim must be presented at the SBA District Office nearest to the site of the action giving rise to the claim and

within the same state as the site where the action allegedly occurred. Following an investigation by the SBA District Counsel in the office with jurisdiction over the site where the action giving rise to the claim occurred, a recommendation is made to me, as the Associate General Counsel for Litigation, to take final action.

3. As a consequence, if an administrative tort claim had been filed with the SBA by Zafar Sheikh, I would have received notice and a recommendation from SBA District Counsel.

4. I caused a search of my electronic and paper correspondence to be conducted and found no record of an administrative tort claim filed by Zafar Sheikh.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 16th day of October, 2024.

Eric Benderson
Associate General Counsel for Litigation
Office of General Counsel
U.S. Small Business Administration