# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Zafar Sheikh

                        Plaintiff,

v.                                           Case No.: 1:24–cv–07041

                                           Honorable John Robert Blakey

Bushra Naseer, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff seeks the entry of default as to Defendants Bushra Naseer; Syed Brokerage & Capital Co.; MDDS Real Estate Inc.; Lewis Avenue Food Market Inc.; Sandal Inc.; Indus USA Inc.; and Congress & Pulaski R.E. Inc., see [31] and he attaches documents purporting to demonstrate service. Because these Defendants have not answered or appeared within the specified time, the Court grants Plaintiff's request and directs the Clerk to enter default as to these Defendants under Rule 55(a). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.